27328. WELCH v. THE STATE.

DECIDED JANUARY 19, 1939.

*W. Paul Thomas,* for plaintiff in error.

*John A. Boykin,* solicitor-general, *J. W. LeCraw, Quincy O. Arnold,* contra.

27326, 27327. WELCH v. THE STATE.

MacINTYRE, J. These cases are in principle controlled by the ruling in the companion case of *Welch* v. *State,* ante.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JANUARY 19, 1939.

352

*W. Paul Thomas,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, Quincy O. Arnold,* contra.